IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES EDWARD GRANT,

                Plaintiff,

v.

JON SCHULTZ,

                Defendant.

OPINION and ORDER

18-cv-856-jdp

---

Plaintiff James Edward Grant, appearing pro se, has filed a document he styles as a "notice of appeal" from state court decisions dismissing a lawsuit he brought against Jon Schultz, the security manager at the U.S. Bank Plaza, located on Pinckney Street in Madison. Grant alleged that Schultz would not let him use the public bathroom and Schultz then called the police.

But under the terms of sanctions used by this court, Grant generally remains barred from proceeding with new cases until he pays off the large debt he owes for filing fees for the cases and appeals he previously filed. The only case-initiating documents he may file are habeas corpus petitions and complaints in which he alleges that he is in imminent danger of serious physical harm. *See Grant v. Gill*, No. 15-cv-420-jdp, 2016 WL 80676 (W.D. Wis. Jan. 7, 2016). Because his new complaint does not fall under either of the allowed categories of case-initiating documents he may file, I will dismiss this case. Even if Grant did not face a filing bar, I would dismiss the case because this federal court cannot hear appeals from state court cases.

ORDER

IT IS ORDERED that this case is DISMISSED. The clerk of court is directed to enter judgment for defendant and close this case.

Entered October 23, 2018.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge